# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACT. NO. 1:20-cv-152-TFM-N |
| KATHERINE ANNE ROBISON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

On July 9, 2020, Defendant Joseph Francis Godar ("Godar") and Ivacationonline.com, LLC ("Ivacationonline.com") filed their Crossclaim Complaint against Defendants Blue Runner Realty, LLC, Craig Daniel Robison, and Katherine Anne Robison. Doc. 14. "A *pleading* may state as a crossclaim any claim by one party against a coparty if the claim arises out of the transaction or occurrence that is the subject matter of the original action or of a counterclaim." FED. R. CIV. P. 13(g) (emphasis added). The only pleadings that are permissible under the Federal Rules of Civil Procedure include: "(1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." FED. R. CIV. P. 7(a). Since Godar's and Ivacationonline.com's Crossclaim Complaint is not a pleading that is contemplated by the Federal Rules of Civil Procedure, the Court hereby **STRIKES** their Crossclaim Complaint (Doc. 14).

**DONE** and **ORDERED** this the 16th day of July 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE