IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACT. NO. 1:20-cv-152-TFM-N |
| | : | |
| KATHERINE ANNE ROBISON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Pending before the Court is the *Voluntary Stipulation of Dismissal With Prejudice*. Doc. 44, filed December 21, 2020. The parties request the Court dismiss, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all of the claims and crossclaims in this matter. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The stipulation is signed by Plaintiff's counsel and separately endorsed by all of the defendants'/crossclaim parties' counsel, which the Court will accept as signatures to the stipulation for purposes of the invoked Rule. Docs. 45, 46.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 30th day of December 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE